```
                                          FILED
                                   U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                   2000 FEB -1  P 2:02

                                    LORETTA G. WHYTE
                                          CLERK
```

MINUTE ENTRY
FELDMAN, J.
FEBRUARY 1, 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CYNTHIA AIKENS | * | CIVIL ACTION |
| VERSUS | * | NO. 00-242 |
| MICROSOFT CORP. | * | SECTION "F" (5) |

It appearing to the Court that the subject matter of the above captioned matter is related to that of Civil Action No. 99-3420, pending before Section "D" of this Court;

IT IS ORDERED that the above captioned cause be transferred to Section "D" of this Court pursuant to Local Rule 1.05IE.

FEB 0 1 2000

REALLOTTED TO:

**SECT. D MAG. 3**

FEB 2 2000

DATE OF ENTRY

Fee ____
Process ____
X Dktd ____
___ CtRmDep ____
Doc.No. ____