

MINUTE ENTRY
McNAMARA, CHIEF JUDGE
February 2, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CYNTHIA M. AIKENS, ET AL | CIVIL ACTION |
| VERSUS | NO. 00-242 |
| MICROSOFT CORPORATION | SECTION "D" |

Before the court is a **Motion to Stay Proceedings** filed by the Defendant scheduled to be heard on Wednesday, February 16, 2000. The motion will be decided on the briefs, without oral argument.

\*   \*   \*   \*   \*

DATE OF ENTRY FEB 3   2000