UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA
CYNTHIA M. AIKENS, JACQUELINE BELFIELD, AND AMBER CISNEY, individually and on behalf of all persons similarly situated in the State of Louisiana

C. A. NO. 00-0242

Section: D

MAGISTRATE JUDGE: 3

VERSUS

MICROSOFT CORPORATION

### MICROSOFT CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

NOW INTO COURT, through undersigned counsel, comes defendant, Microsoft Corporation ("Microsoft"), who moves pursuant to Uniform Local Civil Rule 7.9E for an order extending the time period in which to file a response to the complaint. The motion is based on the following:

1.

Microsoft was served with the complaint on January 25, 2000. The complaint was originally filed in Civil District Court, Orleans Parish, State of Louisiana.

2.

Microsoft removed the complaint to this Court on January 26, 2000.

3.

On January 31, 2000, Microsoft filed a Motion to Stay Proceedings Pending The MDL Panel's Ruling on Motions to Transfer This and Other Actions Pursuant to 28 U.S.C. Section 1407 ("Motion to Stay"). The Motion to Stay is noticed for hearing on February 16, 2000. The Motion to Stay is based upon the fact that this action is one of over 90 putative class actions that

397434_1

DATE OF ENTRY FEB 9 2000



have been brought against Microsoft under federal and state antitrust laws, over 50 of which are in federal courts throughout the nation. Plaintiffs in several of the actions filed motions with the Judicial Panel for Multidistrict Litigation ("MDL Panel") to transfer the actions to a single federal district court for all pre-trial proceedings.

4.

On January 4, 2000, Microsoft filed with the MDL Panel a Cross-Motion for Transfer and Coordination or Consolidation pursuant to 28 U.S.C. Section 1407 and the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "Panel Rules"). Pursuant to the Panel Rules, a copy of Microsoft's cross-motion was filed into the record of the captioned proceeding on February 2, 2000.

5.

In a related case, <u>Quigley, et al v. Microsoft Corporation</u>, Civil Action No. 99-3420, Division "D," United States District Court, Eastern District of Louisiana, the Honorable A.J. McNamara granted Microsoft's Motion to Stay Pending the MDL Panel's Ruling on Motions to Transfer on January 13, 2000.

6.

Because Microsoft's Motion to Stay in the captioned matter is noticed for hearing on February 16, 2000, Microsoft submits that it would be in the interest of judicial economy for this Court to extend the time period in which Microsoft must respond to the complaint.

7.

Pursuant to Uniform Local Civil Rule 7.9E, Microsoft requests that the deadline to file a response to the complaint be extended until fifteen (15) days following this Court's hearing

on its Motion to Stay, or until March 2, 2000.

8.

Undersigned counsel hereby certifies that counsel for plaintiffs has been apprised of this Motion and has no opposition to it, and that no prior extension to plead has been sought from the Court.

WHEREFORE, defendant, Microsoft Corporation, prays that its motion be granted, and that the time period in which it must file a response to the complaint be extended until fifteen (15) days following this Court's hearing on Microsoft's Motion to Stay, or March 2, 2000.

By Attorneys:

G. William Jarman (# 7238) T.A.
Charles S. McCowan, III (#19699)
Glenn M. Farnet (#20185)
KEAN, MILLER, HAWTHORNE, D'ARMOND,
McCOWAN & JARMAN, L.L.P.
One American Place, 22nd Floor
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70825
Telephone: (225) 387-0999

Daniel L. Daboval (#4429)
Julie Parelman Silbert (#14439)
KEAN, MILLER, HAWTHORNE, D'ARMOND,
McCOWAN & JARMAN, L.L.P.
1100 Poydras Street, Suite 1560
New Orleans, Louisiana 70163
Telephone: (504) 585-3050

Counsel for Microsoft Corporation

And

Of Counsel:

David B. Tulchin
Sullivan & Cromwell
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000

Charles B. Casper
Montgomery, McCracken, Walker & Rhoads, L.L.P.
123 South Broad Street
Philadelphia, Pennsylvania 19109
Telephone: (215) 772-1500

Steve W. Berman
Hagens Berman
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101
Telephone: (206) 623-7292

Thomas W. Burt
Richard Wallis
Steven J. Aeschbacher
Microsoft Corporation
One Microsoft Way
Redmond Washington 98052
Telephone: (425) 936-8080

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been deposited in the U.S. mail, postage prepaid, to the following:

Mr. Michael G. Stag
SACKS & SMITH, L.L.C.
2850 One Canal Place
365 Canal Street
New Orleans, Louisiana 70130

New Orleans, Louisiana, this \_\_\_4th\_\_\_ day of February, 2000.

_____ [signature]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CYNTHIA M. AIKENS, JACQUELINE BELFIELD, AND AMBER CISNEY, individually and on behalf of all persons similarly situated in the State of Louisiana<br><br>VERSUS<br><br>MICROSOFT CORPORATION | C. A. NO. 00-0242<br><br>Section: F D<br><br>MAGISTRATE JUDGE: 5 3 |

### ORDER

Considering Microsoft Corporation's Unopposed Motion for Extension of Time to Respond to the Complaint:

IT IS HEREBY ORDERED that the Motion is granted, and that the time period in which Microsoft Corporation must file a response to the complaint is extended to fifteen (15) days following this Court's ~~hearing~~ Rulings on Microsoft's Motion to Stay Proceedings Pending The MDL Panel's Ruling on Motions to Transfer. ~~or until March 2, 2000.~~

New Orleans, Louisiana, this 4 day of February, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT

397434_1                                          -6-