UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CYNTHIA M. AIKENS, JACQUELINE BELFIELD, AND AMBER CISNEY, individually and on behalf of all persons similarly situated in the State of Louisiana | C. A. NO. 00-0242<br><br>JUDGE: McNamara<br><br>MAGISTRATE JUDGE: Chasez |
| VERSUS | |
| MICROSOFT CORPORATION | |

### MICROSOFT CORPORATION'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

Microsoft Corporation ("Microsoft"), pursuant to Local Civil Rule 7.4, moves for an order allowing it to file the attached Reply to Plaintiffs' Opposition to Motion to Stay. The Motion to Stay is noticed for hearing on February 16, 2000 without oral argument. Plaintiffs filed their Opposition Memorandum on February 8, 2000. Microsoft desires to respond briefly to the arguments set forth in the Opposition Memorandum.

WHEREFORE, Microsoft prays that its Motion for Leave be granted, and that its Reply to Plaintiffs' Opposition to Motion to Stay be filed into the record of these proceedings.

By Attorneys:

G. William Jarman (# 7238)   T.A.
Charles S. McCowan, III (#19699)
Glenn M. Farnet (#20185)
KEAN, MILLER, HAWTHORNE, D'ARMOND,
McCOWAN & JARMAN, L.L.P.
One American Place, 22nd Floor
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70825

400551_1

DATE OF ENTRY FEB 17 2000

Telephone: (225) 387-0999

Daniel L. Daboval (#4429)
Julie P. Silbert (#14439)
KEAN, MILLER, HAWTHORNE, D'ARMOND,
McCOWAN & JARMAN, L.L.P.
1100 Poydras Street, Suite 1560
New Orleans, Louisiana 70163
Telephone: (504) 585-3050

Counsel for Microsoft Corporation

AND

Of Counsel:

David B. Tulchin
Sullivan & Cromwell
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000

Charles B. Casper
Montgomery, McCracken, Walker & Rhoads, L.L.P.
123 South Broad Street
Philadelphia, Pennsylvania 19109
Telephone: (215) 772-1500

Steve W. Berman
Hagens Berman
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101
Telephone: (206) 623-7292

Thomas W. Burt
Richard Wallis
Steven J. Aeschbacher
Microsoft Corporation
One Microsoft Way
Redmond Washington 98052
Telephone: (425) 936-8080

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CYNTHIA M. AIKENS, JACQUELINE BELFIELD, AND AMBER CISNEY, individually and on behalf of all persons similarly situated in the State of Louisiana<br><br>VERSUS<br><br>MICROSOFT CORPORATION | C. A. NO. 00-0242<br><br>JUDGE: McNamara<br><br>MAGISTRATE JUDGE: Chasez |

## ORDER

Considering Microsoft Corporation's Motion for Leave to File Reply Memorandum:

IT IS HEREBY ORDERED that the Motion is granted, and Microsoft Corporation's Reply to Plaintiffs' Opposition to Motion to Stay be filed into the record of these proceedings.

New Orleans, Louisiana, this ___ day of _____, 2000.

_____
DISTRICT JUDGE, EASTERN DISTRICT OF LOUISIANA

400551_1