```
                                             FILED
                                        U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                       2000 MAR -3  P 3: 45

                                        LORETTA G. WHYTE
                                              CLERK
```

MINUTE ENTRY
McNAMARA, CHIEF JUDGE
MARCH 3, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CYNTHIA AIKINS, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO: 00-242 |
| MICROSOFT CORPORATION | * | SECTION: "D"(3) |

Before the court are the following motions: A Motion to Stay All Proceedings Pending a Decision by the MDL Panel, filed by Defendant Microsoft Corporation ("Microsoft"); and a Motion to Remand, filed by Plaintiffs. Plaintiffs have filed a memorandum in opposition to the Motion to Stay Proceedings. The Motion to Remand is currently scheduled for hearing on March 15, 2000 and Defendant Microsoft has notified the court that it will file an opposition memorandum.

The Motion to Remand is hereby **continued** until Wednesday, March 22, 2000, when the court will consider both motions, on briefs without oral argument. Memoranda in opposition to the Motion to Remand are to be filed **no later than Wednesday, March 15, 2000**.

\* \* \* \*

DATE OF ENTRY  MAR 0 6 2000