

MINUTE ENTRY
FELDMAN, J.
MARCH 15, 2000

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CYNTHIA AIKENS | * | CIVIL ACTION |
| VERSUS | * | NO. 00-242 |
| MICROSOFT CORP. | * | SECTION "D" |

IT IS ORDERED that the preliminary conference set in the above captioned case for April 18, 2000, before Section "F" is hereby cancelled to be reset by the Judge in Section "D".

DATE OF ENTRY
MAR 1 6 2000

