U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    JUL   6 2000

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 15 2000

FILED
CLERK'S OFFICE

DOCKET NO. 1332

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE MICROSOFT CORP. WINDOWS OPERATING SYSTEMS ANTITRUST LITIGATION

CA 00-242 D

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-2)

On April 25, 2000, the Panel transferred 27 civil actions to the United States District Court for the District of Maryland for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than five actions have been transferred to the District of Maryland. With the consent of that court, all such actions have been assigned to the Honorable J. Frederick Motz.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the District of Maryland and assigned to Judge Motz.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 181 F.R.D. 1, 10 (1998), the actions on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the District of Maryland for the reasons stated in the order of April 25, 2000, and, with the consent of that court, assigned to the Honorable J. Frederick Motz.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the District of Maryland. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

DATE OF ENTRY
JUL 7 - 2000

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL - 3 2000

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc.No._____

# SCHEDULE CTO—2 — TAG ALONG CASES
## DOCKET NO. 1332
## IN RE MICROSOFT CORP. WINDOWS OPERATING SYSTEMS
## ANTITRUST LITIGATION

DISTRICT DIV CIVIL ACTION#

CALIFORNIA NORTHERN
~~CAN      3    00-38~~                    ~~Carsten v. Microsoft Corp.~~  *VACATED*

DISTRICT OF COLUMBIA
DC     1    00-557          Knight, et al. v. Microsoft Corp.
DC     1    00-561          Bernard v. Microsoft Corp.

FLORIDA SOUTHERN
FLS    1    00-15           Andrews v. Microsoft Corp.

ILLINOIS SOUTHERN
ILS    3    00-26           O'Sullivan Hicks & Patton, LLP v. Microsoft Corp.
ILS    3    00-27           Conrad v. Microsoft Corp.

LOUISIANA EASTERN
LAE    2    00-242 *D*      Aikens, et al. v. Microsoft Corp.
LAE    2    00-779 *D*      Falgoust, et al. v. Microsoft Corp.

MASSACHUSETTS
MA     1    00-10163        Turner Corp. v. Microsoft Corp.

MISSISSIPPI SOUTHERN
MSS    5    00-126          Guice, et al. v. Microsoft Corp.

NEW JERSEY
NJ     2    00-165          Pryor v. Microsoft Corp.

WASHINGTON WESTERN
WAW    2    00-33           Pacific Coast Systems, et al. v. Microsoft Corp.
WAW    2    00-34           Hagan v. Microsoft Corp.
WAW    2    00-41           Shevekov v. Microsoft Corp.
WAW    2    00-42           Shirazi v. Microsoft Corp.

WISCONSIN EASTERN
WIE    2    00-568          Brandt v. Microsoft Corp.

WEST VIRGINIA NORTHERN
WVN    5    00-54           Gianni, et al. v. Microsoft Corp.

WEST VIRGINIA SOUTHERN
WVS    2    00-43           Penix v. Microsoft Corp.
WVS    3    00-78           Haynes v. Microsoft Corp.

**INVOLVED CLERKS (CTO-2)**
**DOCKET NO. 1332**
**IN RE MICROSOFT CORP. WINDOWS OPERATING SYSTEMS**
**ANTITRUST LITIGATION**

Bruce Rifkin
215 U.S. Courthouse
1010 Fifth Avenue
Seattle, WA  98104

Clarence Maddox
Federal Courthouse Square
301 North Miami Avenue
Miami, FL  33128

J.T. Noblin
316 James O. Eastland
 U.S. Courthouse
245 East Capitol St.
Jackson, MS  39201

Loretta G. Whyte
C-151 U.S. Courthouse
500 Camp Street
New Orleans, LA  70130

Nancy Mayer-Whittington
1834 E. Barrett Prettyman
 U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC  20001

Norbert G. Jaworski
P.O. Box 249
750 Missouri Avenue
E. St. Louis, IL  62202

Richard W. Wieking
Phillip Burton U.S. Courthouse
P.O. Box 36060
450 Golden Gate Avenue
San Francisco, CA  94102

Ronald D. Lawson
Post Office Box 3869
Charleston, WV  25338

Ronald D. Lawson
U.S. District Court
P.O. Box 1570
Huntington, WV  25716

Sofron B. Nedilsky
362 U.S. Courthouse
 & Federal Building
517 East Wisconsin Avenue
Milwaukee, WI  53202

Tony Anastas
2300 U.S. Courthouse
One Courthouse Way
Boston, MA  02210

Wally A. Edgell
P.O. Box 471
Wheeling, WV  26003

William T. Walsh
Martin Luther King, Jr. Fed.
Bldg. & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ  07102

cc: Dale
Julie

# *JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

**CHAIRMAN:**
Judge John F. Nangle
United States District Court
Southern District of Georgia

**MEMBERS:**
Judge William B. Enright
United States District Court
Southern District of California

Judge Clarence A. Brimmer
United States District Court
District of Wyoming

Judge John F. Grady
United States District Court
Northern District of Illinois

Judge Barefoot Sanders
United States District Court
Northern District of Texas

Judge Louis C. Bechtle
United States District Court
Eastern District of Pennsylvania

Judge John F. Keenan
United States District Court
Southern District of New York

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, DC  20002-8004

Telephone: [202]  502-2800
Fax:          [202]  502-2888

July 3, 2000

Felicia C. Cannon, Clerk
U.S. Courthouse
101 W. Lombard Street
Baltimore, MD  21201

Re:  MDL-1332 -- In re Microsoft Corp. Windows Operating Systems Antitrust Litigation

(See Attached Schedule CTO-2)

Dear Ms. Cannon:

I am enclosing one certified copy and additional copies of a conditional transfer order filed by the Panel in the actions listed on the attached schedule on June 15, 2000.  The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."  As stipulated in the Panel's Rule 7.4(c), execution of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

A list of counsel for new parties is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _Barbara Randal_
Deputy Clerk

Attachments

cc:    Transferee Judge:    Hon. J. Frederick Motz
       Transferor Judges:    (See Attached List of Judges)
       Transferor Clerks:    (See Attached List of Judges)

JPML Form 38